**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| SHANEQUIA Q. BUTLER, | ) | Civil Action No. 5:13-cv-3320 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, ACTING | ) | |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees.  Plaintiff filed this petition on August 13, 2014.  Defendant filed a response on September 2, 2014, stating that she does not object to an award in the amount of $4,718.85 in attorney's fees and $23.00 in costs and expenses under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $4,718.85 in attorney's fees and $23.00 in costs and expenses under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

September 9, 2014
Charleston, South Carolina